IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIPPEY COMMERCIAL LLC, a California Limited Liability Co., <br><br>  Plaintiff, <br><br>  v. <br><br> W.G. GRINDERS FRANCHISE, INC., an Ohio Corporation, and CONSTANCE S. BELLISARI, an individual, <br><br>  Defendants. <br>_____/ | CIV. S-04-2743-DFL-GGH <br><br><br><br> ORDER RE DISPOSITION AFTER <br> NOTIFICATION OF SETTLEMENT |

The court has been advised by Thomas E. Moore, III Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

Accordingly, IT IS ORDERED:

   1.   That counsel file settlement/dismissal documents, in

1

1  accordance with the provisions of Local Rule 16-160, no later
2  than May 17, 2005, and,
3       2.  That all hearing dates previously set in this matter
4  are vacated.
5       IT IS SO ORDERED.
6  Dated:  4/26/2005

                                    _____
                                    DAVID F. LEVI
                                    United States District Judge

2