THOMAS E. MOORE III (SB#115107)
ROBERT O. WHYTE (SBN 130021)
**TOMLINSON ZISKO LLP**
200 Page Mill Road
Palo Alto, CA 94306
Telephone: (650) 325-8666
Facsimile No.: (650) 324-1808

Attorneys for Plaintiff
RIPPEY COMMERCIAL LLC

KATHLEEN FINNERTY (SB# 157638)
**LIVINGSTON & MATTESICH**
1201 K Street, Suite 1100
Sacramento, CA 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

Attorneys for Defendant
W.G. GRINDERS FRANCHISE, INC.
and CONSTANCE S. BELLISARI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RIPPEY COMMERCIAL LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>vs.<br><br>W.G. GRINDERS FRANCHISE, INC., an Ohio corporation, and CONSTANCE S. BELLISARI, an individual,<br><br>            Defendants. | NO.  2:04-CV-02743 DFL (GGH)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

STIPULATION & [PROPOSED] ORDER OF DISMISSAL
CASE NO. 2:04-CV-02743 DFL (GGH)

AOA0128.DOC;1

## STIPULATION

Plaintiff Rippey Commercial LLC, and defendants W.G. Grinders Franchise, Inc. and Constance S. Bellisari (collectively "the parties"), by their undersigned attorneys, hereby stipulate as follows:

1. Pursuant to Rule 41(a)(1), Fed. R. Civ. P., and in accordance with the provisions set forth in the Settlement Agreement and Mutual General Release between the parties, the parties stipulate to the dismissal with prejudice of this action, including the complaint, and hereby move the Court for such dismissal.

2. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 28, 2005    By    /s/   Thomas E. Moore III
                              Thomas E. Moore III

                              TOMLINSON ZISKO LLP
                              Attorneys for Plaintiff
                              Rippey Commercial LLC

Dated: July 28, 2005    By    /s/   Kathleen Finnerty
                              Kathleen Finnerty

                              LIVINGSTON & MATTESICH
                              Attorneys for Defendant
                              W.G. Grinders Franchise, Inc. and
                              Constance S. Bellisari

**ORDER OF DISMISSAL**

In accordance with the stipulation of the parties, this matter is hereby dismissed with prejudice; and each party shall bear its own costs, expenses, and attorneys' fees.

Dated: __August 3, 2005                    /s/ David F. Levi
                                           HONORABLE DAVID F. LEVI
                                           UNITED STATES DISTRICT JUDGE